IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARL B. MANUEL,** | : | CIVIL ACTION NO. 1:20-CV-2309 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **LAUREL HARRY**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 16th day of February, 2021, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). The court may reconsider its dismissal should plaintiff provide his updated address within a reasonable time period.

2. The pending motion (Doc. 2) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania